# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSHUA ULLOA, | ) | Case No. CV 11-116 VBF (MRW) |
| Petitioner, | ) | |
| vs. | ) | [PROPOSED] ORDER DISMISSING ACTION AS MOOT |
| LINDA SANDERS, Warden, | ) | |
| Respondent. | ) | |

The Court dismisses Petitioner's habeas action as moot.

Petitioner is a prisoner in the federal facility at Lompoc. By his habeas filing, Petitioner sought credit for additional jail time that the Bureau of Prisons (BOP) allegedly failed to consider when originally calculating his release date.

After Petitioner filed his habeas petition, the BOP conducted a "subsequent sentence audit." The BOP credited Petitioner with an additional 732 days of prior custody credit. (Docket # 7 at 5, 20-22.) The government presented this information to the Court and Petitioner in a motion to dismiss the petition. The government argued that the petition was moot because the BOP agreed with Petitioner's claim and modified its calculation of his release date.

The Court issued an order to Petitioner to show cause why the case should not be dismissed as moot. (Docket # 10.) Because Petitioner was transferred to another federal facility and may not have received the Court's original order to show cause, the Court reissued the order in late June 2011. (Docket # 13.) The Court's order expressly warned Petitioner that "failure to timely file a memorandum in response to this order to show cause shall be construed as an admission that the petition is now moot and subject to dismissal." (Id.) Petitioner did not respond to either of the Court's orders.

Because Petitioner (a) appears to have received the relief he sought from the filing of this federal habeas action and (b) failed to respond to the Court's orders to show cause why the case should not be dismissed, the government's motion is GRANTED and the action is DISMISSED as moot.

IT IS SO ORDERED.

DATED: August 8, 2011

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

Presented by:

_____
MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE