UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA ULLOA, | ) Case No. CV 11-116 VBF (MRW) |
|              Petitioner, | ) |
|     vs. | ) JUDGMENT |
| LINDA SANDERS, Warden, | ) |
|            Respondent. | ) |
| _____ | ) |

Pursuant to this Court's Order,

IT IS ADJUDGED that the action is dismissed as moot.

DATE:  August 8, 2011

_____

HON. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE